Juanna Brinkerhoff v. Sigismond Cohn.— Motion granted as stated in order.

Jesse L. Boskowitz v. Joseph Sulzbacher. (2 cases.) — Motion granted upon conditions stated in orders.

Jennie Goldstein v. E. Victor Loew, Jr., as Administrator, etc., of Edward V. Loew, Deceased.— Motion denied, with ten dollars costs.

Jennie Goldstein, Respondent, v. E. Victor Loew, Jr., as Administrator, etc., of Edward V. Loew, Deceased, Appellant.— Order of March 14, 1910, modified as stated in opinion, and as modified affirmed, without costs; order of March 18, 1910, affirmed, without costs. Opinion per curiam.

Gerald H. Gray, as Receiver, v. Joseph H. Hoadley.— Motion granted.

In the Matter of Manhattan Bridge Terminal Damage Parcel 31.— Report of referee confirmed.

In the Matter of Frank H. Cothren, an Attorney.— Reference ordered. Settle order on notice.

In the Matter of Isidore Klatzkie, an Attorney.— Reference ordered. Settle order on notice.

In the Matter of West One Hundred and Sixtieth Street.— Reargument ordered to be heard on May 6, 1910.

District Number 1, Independent Order B'Nai B'rith v. Sarah Goldstein.— Motion denied.